ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7234
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-17-0244-02 WHO |
|     Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER DIRECTING THE UNITED STATES PROBATION OFFICE TO PREPARE PRESENTENCE INVESTIGATION REPORTS ADDRESSING ONLY THE DEFENDANT'S CRIMINAL HISTORY |
| ANTONIO SERRANO RIVAS, | |
|     Defendant. | |

The government, by and through its counsel Assistant United States Attorneys, Sheila A.G. Armbrust, and defendant Antonio Serrano Rivas, by and through his undersigned counsel, hereby stipulate and request that the United States Probation Office prepare Modified Presentence Investigation Reports that address only the criminal histories for this defendant. The parties request that this report be prepared within 60 days.

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER
REGARDING MODIFIED PSR

1  SO STIPULATED

2  DATED: January 11, 2019                    ALEX G. TSE
                                              United States Attorney
3

4
                                              _____/s/_____
5                                             SHEILA A.G. ARMBRUST
                                              Assistant United States Attorney
6

7
   DATED: January 11, 2019                    _____/s/_____
8                                             JEFFREY BORNSTEIN
                                              VAN SWEARINGEN
9                                             Counsel for Defendant

10

11

12                              **[PROPOSED] ORDER**

13      Based upon the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY

14  ORDERED that the United States Probation Office shall prepare a Modified Presentence Investigation

15  Report that addresses the criminal history of defendant Antonio Serrano Rivas.

16

17  IT IS SO ORDERED.

18

19  DATED:                                    _____
                                              HONORABLE WILLIAM H. ORRICK
20                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING MODIFIED PSR