ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7234
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO SERRANO RIVAS, <br><br> Defendant. | NO. CR-17-0244-20 WHO <br><br> STIPULATION AND ORDER DIRECTING THE UNITED STATES PROBATION OFFICE TO PREPARE PRESENTENCE INVESTIGATION REPORTS ADDRESSING ONLY THE DEFENDANT'S CRIMINAL HISTORY |

      The government, by and through its counsel Assistant United States Attorneys, Sheila A.G. Armbrust, and defendant Antonio Serrano Rivas, by and through his undersigned counsel, hereby stipulate and request that the United States Probation Office prepare Modified Presentence Investigation Reports that address only the criminal histories for this defendant. The parties request that this report be prepared within 60 days.

//

//

//

//

//

STIPULATION AND ORDER
REGARDING MODIFIED PSR

SO STIPULATED

DATED: January 11, 2019

ALEX G. TSE
United States Attorney

/s/
SHEILA A.G. ARMBRUST
Assistant United States Attorney

DATED: January 11, 2019

/s/
JEFFREY BORNSTEIN
VAN SWEARINGEN
Counsel for Defendant

**ORDER**

Based upon the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the United States Probation Office shall prepare a Modified Presentence Investigation Report that addresses the criminal history of defendant Antonio Serrano Rivas.

IT IS SO ORDERED.

DATED: January 14, 2019

HONORABLE WILLIAM H. ORRICK
United States District Judge

STIPULATION AND ORDER
REGARDING MODIFIED PSR