UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 28, 2019  **Time:** 15 minutes  **Judge:** WILLIAM H. ORRICK
1:58 p.m. to 2:13 p.m.

**Case No.**: 17-cr-00244-WHO-20  **Case Name:** UNITED STATES v. Rivas

**Attorney for Plaintiff:**  Sheila Armbrust
**Attorney for Defendant:**  Jeffrey Bornstein and Jenny Yelin
Defendant **Antonio Serrano Rivas** – present, on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** Vicki Eastvold
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for scheduled change of plea hearing.  A written Plea Agreement is filed in open court.  Mr. Rivas is sworn and queried as to his background, physical and mental condition, and understanding of the proceedings.  He is advised of his rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offense and of the facts it would be prepared to prove at any trial of this matter.  Defense counsel concurs with the statement of elements and confirms that there is a factual basis for the guilty plea.

**Defendant pleads GUILTY to Count One of the Superseding Information.  The plea is accepted as knowing, voluntary, and supported by an independent basis in fact.  Defendant is adjudicated guilty.**

**CASE CONTINUED TO:  July 11, 2019 at 1:30 p.m. for Status Conference**