JEFFREY L. BORNSTEIN – 099358
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission St., Sixth Floor
San Francisco, California 94105
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email:     jbornstein@rbgg.com
           vswearingen@rbgg.com

Attorneys for Defendant
ANTONIO SERRANO RIVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS FERRAN LEON, et al.,<br><br>　　　　Defendants. | Case No. 17-cr-00244-WHO-20<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JULY 11, 2019 STATUS CONFERENCE**<br><br>Judge:  Hon. William H. Orrick<br><br>Date:  July 11, 2019<br>Time:  1:30 p.m. |

1  The parties are set to appear before the Court on July 11, 2019, for a further status
2 conference, at which point the parties expected to be able to provide the Court with an
3 update on the status of Mr. Rivas' participation in San Francisco's Behavioral Health
4 Court ("BHC") residential treatment program as well as to discuss sentencing matters.
5 Counsel for the parties understand that Mr. Rivas is in good standing an is anticipated to
6 graduate from the BHC program in approximately four more months. Mr. Bornstein and
7 Mr. Swearingen, counsel for Mr. Rivas, are unavailable to attend the July 11, 2019 status
8 conference.

9  To provide for continuity of counsel, and by stipulation of the parties, and with
10 consent of the defendant, the parties request to continue the currently-set conference on
11 July 11, 2019, to September 12, 2019 at 1:30 p.m.  The parties further stipulate that time
12 between July 11, 2019, and September 12, 2019, be excluded for effective preparation of
13 counsel, continuity of counsel, and based on the Court's previous finding of case
14 complexity pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv). The parties agree that the
15 ends of justice served by granting the continuance to September 12, 2019, outweigh the
16 best interest of the public and the defendant in a speedy trial.

17  IT IS SO STIPULATED.

19 DATED:  July 2, 2019                    Respectfully submitted,

                                           ROSEN BIEN GALVAN & GRUNFELD LLP


                                           By:  /s/ Jeffrey L. Bornstein
                                                Jeffrey L. Bornstein
                                                Van Swearingen

                                           Attorneys for Defendant
                                           ANTONIO SERRANO RIVAS

| | | |
|---|---|---|
| 1 | DATED: July 2, 2019 | DAVID L. ANDERSON<br>United States Attorney |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Sheila A.G. Armbrust*<br>Sheila A.G. Armbrust<br>Assistant United States Attorney |

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that I obtained concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE JULY 11, 2019 STATUS CONFERENCE** from signatory Sheila A.G. Armbrust, in compliance with Civil L.R. 5-1(i)(3).

DATED: July 2, 2019

By: */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference status conference as to Mr. Serrano Rivas' release conditions previously scheduled for July 11, 2019, at 1:30 p.m., is continued to September 12, 2019, at 1:30 p.m., before the Honorable William H. Orrick.

IT IS SO ORDERED.

DATED: July __, 2019

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge