UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 12, 2019    **Time:** 3 minutes    **Judge:** WILLIAM H. ORRICK
                              3:13 p.m. to 3:16 p.m.

**Case No.**: 17-cr-00244-WHO-20    **Case Name:** UNITED STATES v. Serrano Rivas

**Attorney for Plaintiff:**  Sheila Armbrust
**Attorney for Defendant:**  Van Swearingen
                             Defendant **Antonio Serrano Rivas** – present, on bond

**Deputy Clerk:** Jean Davis                **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a                        **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference. Mr. Serrano Rivas has been incompliance with the conditions of pretrial release. He has been participating in San Francisco's Behavioral Health Court. He has completed a residential step-down program and has recently returned to his home life with his long-time partner and their two year-old son. Graduation from the program is expected in late November. Counsel request that the matter be referred to the U.S. Probation Office for preparation of a Presentence Report.

**CASE CONTINUED TO:** January 23, 2020 at 1:30 p.m. for Sentencing